# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141830

RICHARD WORD,
      Plaintiff-Appellee,

v

SUTTLES TRUCK LEASING, INC. and
MIDWEST EMPLOYERS CASUALTY
COMPANY,
      Defendants-Appellants.

SC: 141830
COA: 296629
WCAC: 07-000301

_____/

     On order of the Court, the application for leave to appeal the August 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

Clerk

1213